**Electronically Filed
Supreme Court
SCOT-18-0000020
22-JAN-2018
02:40 PM**

SCOT-18-0000020

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

AZAEL DYTHIAN PERALES, Plaintiff,

vs.

CALIFORNIA STATE TREASURER'S OFFICE ET AL., Defendants.

---

ORIGINAL PROCEEDING

ORDER DISMISSING COMPLAINT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of plaintiff Azael Dythian Perales's complaint, filed on January 12, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that, to the extent plaintiff is seeking relief from this court, this court is unable to provide plaintiff any relief. See HRS § 602-5 (2016). Accordingly,

IT IS HEREBY ORDERED that the complaint is dismissed.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the complaint without payment of the filing fee.

DATED: Honolulu, Hawai'i, January 22, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

